DeGARMO JONES *versus* HENRY BERTHELET, JOSETTE BERTH-
ELET, ALEXANDER McKEE AND ADELAIDE BRUSH, EXEC-
UTRIX OF THE WILL OF ELIJAH BRUSH, DECEASED

JOURNAL ENTRIES (1822–26): *Journal 3:* (1) Motion to quash subpoena
*p. 298. *Chancery Journal:* (2) Leave given to file amended bill *p. 55.
*Journal 3:* (3) Motion to quash subpoena *p. 438; (4) rule to file supple-
mental bill and answers *p. 462; (5) leave to refile bill *p. 497; (6) motion
for rule to answer *p. 509; (7) time given to answer or demur *p. 514.
*Journal 4:* (8) Continued MS p. 72; (9) dismissed MS p. 105.
PAPERS IN FILE: (1) Writ of subpoena; (2) motion to quash subpoena; (3)
bill of costs.
*Chancery Case* 33 of 1822.

SHUBAEL CONANT *versus* WILLIAM MELDRUM

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Rule for special bail or pro-
cedendo *p. 298; (2) time for filing declaration extended *p. 358; (3)
rule for judgment *p. 434.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus
and return; (3) recognizance and bail piece; (4) declaration and plea of
non assumpsit; (5) precipe for subpoena; (6) subpoena; (7) precipe for
execution fi. fa.; (8) writ of fi. fa.
*1822–23 Calendar*, MS p. 37. Recorded in *Book B*, MS pp. 271–74.